```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

INSURED ADVOCACY GROUP, LLC,

                Plaintiff,

- against -

THE KIDWELL GROUP, LLC,

                Defendant.

23-cv-7934 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 8, 2023.

SO ORDERED.

Dated:    New York, New York
            October 24, 2023

                                            _____
                                                John G. Koeltl
                                        United States District Judge