```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

INSURED ADVOCACY GROUP, LLC,

        Plaintiff,

- against -

THE KIDWELL GROUP, LLC,

        Defendant.

---

THE KIDWELL GROUP, LLC,

        Counter Claimant,

- against -

INSURED ADVOCACY, LLC,

        Counter Defendant.

---

23-cv-7934 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The deadline for the plaintiff to file a response to the defendant's counterclaim is extended to **December 22, 2023**.

SO ORDERED.

Dated:    New York, New York
            December 8, 2023

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge