UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INSURED ADVOCACY GROUP, LLC,
                         Plaintiff(s)

                                                            23 civ 7934 (JGK)

        -against-

THE KIDWELL GROUP, LLC,
                         Defendant(s).
-----------------------------------------------------------X

## ORDER

       A scheduling order entered on November 7, 2023 and a motion to dismiss filed on December 12, 2023.

       The conference scheduled for January 18, 2024 is canceled.

**SO ORDERED.**

                                                          JOHN G. KOELTL
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           January 9, 2024