```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

INSURED ADVOCACY GROUP, LLC,

        Plaintiff,

- against -

THE KIDWELL GROUP, LLC,

        Defendant.

THE KIDWELL GROUP, LLC,

        Counter Claimant,

- against -

INSURED ADVOCACY, LLC,

        Counter Defendant.

23-cv-7934 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the counterclaim. ECF No. 20.

SO ORDERED.

Dated:    New York, New York
           February 12, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                          United States District Judge