```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

INSURED ADVOCACY GROUP, LLC,

        Plaintiff,

- against -

THE KIDWELL GROUP, LLC,

        Defendant.

THE KIDWELL GROUP, LLC,

        Counter Claimant,

- against -

INSURED ADVOCACY, LLC,

        Counter Defendant.

23-cv-7934 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The motion to dismiss the counterclaim, see ECF No. 20, is denied without prejudice as moot.

SO ORDERED.

Dated:    New York, New York
           April 3, 2024

                                          John G. Koeltl
                                      United States District Judge